DAVID GARDINER and Juliana his wife,

v.

PHILIP GARNISS, Junior and others.

No decree for sale, until the amount of the incumbrance is reported.

1824.        THIS suit was for the foreclosure of the equity of redemp-
*Practice.*   tion, and for the sale of mortgaged premises.  Upon the
hearing of which, an order of sale was prayed for, in the first
instance ; but

THE COURT said, that by the practice of the court, no
decree for sale is made, until the amount of the incumbrance
is reported.